# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TORANCE W. LaCOUR, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 11-CV-89-TCK-FHM |
| | ) |
| METROPOLITAN TULSA TRANSIT AUTHORITY, and several unnamed employees, | ) ) ) |
| | ) |
| DEFENDANTS. | ) |

## OPINION AND ORDER

Plaintiff's Motion for Issuance of Subpoena Duces Tecum [Dkt. 10] is before the Court for decision. By this motion, Plaintiff seeks the production of certain video and audio recordings from Defendant. The proper procedure for obtaining such material is a Fed.R.Civ.P. 34 Request For Production which should not be filed with the Court.

Plaintiff's Motion for Issuance of Subpoena Duces Tecum [Dkt. 10] is DENIED.

SO ORDERED this 23rd day of March, 2011.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE