# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TORANCE W. LACOUR, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 11-CV-89-TCK-FHM |
| | ) |
| METROPOLITAN TULSA TRANSIT AUTHORITY, and several unnamed employees, | ) |
| | ) |
| DEFENDANTS. | ) |

## OPINION AND ORDER

Plaintiff's Motion for Scheduling Conference [Dkt. 33] is before the Court for consideration. Plaintiff seeks a hearing to resolve issues related to the entry of a scheduling order in the case. Based upon the Joint Status Report [Dkt. 30], Plaintiff's Request for Extension of Time [Dkt. 31] and the current motion, the Court has sufficient information to enter a scheduling order without a hearing.

Plaintiff's Motion for Scheduling Conference [Dkt. 33] is therefore DENIED and a scheduling order will be entered.

SO ORDERED this 9th day of August, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE